IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES G. BOFINGER,<br><br>                Petitioner<br><br>VS.<br><br>CYNTHIA NELSON, et al.,<br><br>                Respondents | **NO. 5:06-CV-108 (HL)**<br><br>PROCEEDINGS UNDER 28 U.S.C. § 2254<br>BEFORE THE U.S. MAGISTRATE JUDGE |

## O R D E R

Petitioner JAMES BOFINGER — in an effort to obtain an interlocutory appeal — has filed a motion in which he asks that the Court have judgment entered on the portions of his petition seeking habeas corpus relief that were denied in an Order dated March 19, 2008. Tab #40. The respondents have responded to the petitioner's motion. Tab #42.

As correctly pointed out in the respondents' response, a district court is obligated to resolve **all** claims for relief based in a petition for writ of habeas corpus before granting judgment as to any claim. *Clisby v. Jones*, 960 F.2d 925, 936 (11th Cir. 1992). Accordingly, the petitioner's CONDITIONAL MOTION FOR DETERMINATION UNDER RULE 54(b) is DENIED.

In order to make a determination on the merits of the petitioner's remaining claims, Bofinger is DIRECTED WITHIN THIRTY (30) DAYS to file any supplemental briefing on his remaining claims as he desires OR advise the court that he has sufficiently briefed said issues. Upon receipt of the petitioner's response to this Order, or after the passage of forty-five (45) days from the date of this Order, the respondents shall be afforded THIRTY (30) DAYS in which to respond to the petitioner's contentions.

SO ORDERED AND DIRECTED, this 11th day of APRIL, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE